# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 08, 2019**

SEAN F. McAVOY, CLERK

GEOFFREY ALAN SHUBERT,

*Plaintiff*

v.

PATRICIA DAVIS, CHRIS MEQUET and VIVEK SHAH,

*Defendant*

Civil Action No. 1:19-cv-03030-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 12 is GRANTED. The Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a motion for dismissal of complaint.

Date: October 8, 2019

*CLERK OF COURT*

SEAN F. McAVOY

*(By) Deputy Clerk*

Sean F. McAvoy